IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIE J. GILBERT,**                                                              **PETITIONER**

**V.**                                                                              **NO. 1:07CV136-P-D**

**LAWRENCE KELLEY, et al.,**                                                        **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice and this case is **CLOSED**.

**IT IS SO ORDERED.**

THIS the 25th day of June, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE