**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIE J. GILBERT** | **PETITIONER** |
| **V.** | **NO. 1:07CV136-P-D** |
| **LAWRENCE KELLEY, et al.** | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice.

IT IS SO ORDERED.

THIS the 2nd day of February, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE